**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

_____

Ronald L Scott Jr
_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Val Valenti

Matthew Clemente

Audra Diamente

_____

_____

_____

_____

_____

_____

## 3:CV-25-0081

**COMPLAINT**

Jury Trial: ☒ Yes. ☐ No

(check one)

**FILED**
**SCRANTON**

JAN 1 4 2025

PER_____
DEPUTY CLERK

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.        Parties in this complaint:**

A.        List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Ronald L Scott Jr |
|---|---|---|
| | Street Address | 121 Water Street |
| | County, City | Luzerne County, Wilkes Barre |
| | State & Zip Code | PA 18702 |
| | Telephone Number | 570 559 0738 |

*Rev. 10/2009*

## <u>Important Privacy Notice</u>

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1            Name    Val Valenti
                           Street Address    485 Tedrick Street
                           County, City    Luzerne County    Pittston
                           State & Zip Code    PA    18640

Defendant No. 2            Name    Matthew Clemente
                           Street Address    88 N. Franklin St
                           County, City    Luzerne County, Wilkes Barre
                           State & Zip Code    PA    18701

Defendant No. 3            Name    Audra Dinmente
                           Street Address    922 Narrow St
                           County, City    Luzerne County    West Wyoming
                           State & Zip Code    PA    18644

Defendant No. 4            Name _____
                           Street Address _____
                           County, City _____
                           State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        Q  Federal Questions                Q  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?    My rights were violated when Val in uniform as Dupont Police Officer James Hughes under the wrong name. I pushed for trial and was refused my rights, Matt was my attorney.

*Rev. 10/2009*                                    - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania___

Defendant(s) state(s) of citizenship ___Pennsylvania___

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? ___Dupont- Rear 230 Wyoming Ave now changed to 130 Walnut St after my house was taken.___

B.    What date and approximate time did the events giving rise to your claim(s) occur? ___11/01/2018 to current___

C.    Facts: ___Audra let her daughter Haley both of my daughters mom use her spare car after wrecking my car. Audra reported the car stolen the first time I took it and Officer James Hughes responded for the arrest. His real name Val Valenti. He also consolidated other charges that I could have beat at trial but once everything was forwarded to court my attorney Matthew Clemente would not go to trial. He was appointed my attorney after my charges were dropped to a misdemeanor at the magistrate with Demetrious Fannick. At the county level they were felonies again and I was refused my right to have it sent back to the magistrate. Being arrested by a fake cop and put in jail for vindictive reasons. It is happening again. I lost the home I owned to a very quick foreclosure and my freedom for 7 months. Fake CYS took my kids where my oldest was attacked with no findings.___

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

*Rev. 10/2009*                                 - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. seperation anxiety, depression being away from my daughters for no reason and no way to fight the people involved. A nit involving other people and police.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Have multiple cases removed from my record. Conpensation in the amount the judge feels is fair. I lost my home to foreclosure after a few months to this as well.

Rev. 10/2009                                                      - 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ⟨16⟩ day of ⟨December⟩ , 20 ⟨24⟩.

Signature of Plaintiff ⟨Ronald L. Stt Jr⟩

Mailing Address ⟨121 Water Street⟩

⟨Wilkes Barre PA⟩

⟨18102⟩

Telephone Number ⟨570 559 0738⟩

Fax Number *(if you have one)* _____

E-mail Address ⟨ronscott705@gmail.com⟩

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 10/2009*

- 5 -



Ronald L Scott Sr.
121 Water St
Wilkes Barre PA 18702

RECEIVED
SCRANTON

JAN 14 2025

PER _____
DEPUTY CLERK

RECEIVED
WILKES BARRE

JAN 07 2025

PER _____

LEHIGH VALLEY PA 180

2 JAN 2025  PM 4  L

FOREVER / USA

MAx Rosen Courthouse
Clerk of Courts
197 South MAin St
Wilkes Barre PA 18702

NOT
Bankruptcy

18701-155199